**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REGINALD REAVES, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 05-347 Erie |
| v. | ) |
| | ) |
| PA BOARD OF PROBATION AND PAROLE, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on November 21, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on January 25, 2006, recommended that the matter be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail. No objections were filed by Petitioner which addressed the merits of the Magistrate Judge's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of February, 2006;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [Doc. No. 7] be transferred to the Eastern District of Pennsylvania.

The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on January 25, 2006, is adopted as the opinion of the Court.

                                                                s/   Sean J. McLaughlin
                                                            United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge