# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD REAVES,**            )<br>        **Petitioner,**                      )<br>                                                )<br>          **vs.**                                    )<br>                                                )<br>**PA BD OF PROBATION & PAROLE,**  )<br>        **Respondent**                    ) | **C.A. No. 05-347Erie**<br>**District Judge McLaughlin**<br>**Magistrate Judge Baxter** |

## O R D E R

AND NOW, this 24th day of February, 2006;

IT IS HEREBY ORDERED that Petitioner's motion to stay, vacate and reopen [Document # 27] be DENIED as this case has already been transferred to the U.S. District Court for the Eastern District of Pennsylvania.

S/ Sean J. McLaughlin
Sean J. McLaughlin
UNITED STATES DISTRICT JUDGE